UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-14174-ROSENBERG/REINHART

RAYMOND KENDALL SMITH, M.D.,

       Plaintiff,

v.

FOREST RIVER, INC. & TROPICAL
RV & AUTO EXCHANGE, INC.
d/b/a TROPICAL RV SALES,

       Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND CLOSING CASE

This matter is before the Court upon Defendant Forest River's Motion for Summary Judgment [DE 79] which was previously referred to the Honorable Bruce E. Reinhart for a Report and Recommendation.[1] On April 16, 2020, Judge Reinhart issued a Report and Recommendation recommending that the Motion be granted on several different, alternative grounds. DE 119. Plaintiff filed objections. DE 159. The Court has conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendation, the objections, and the record and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Reinhart's recommendations to be well reasoned and correct. The Court agrees with the analysis in Judge Reinhart's Report and Recommendation and concludes that Defendant's Motion should be granted for the reasons set forth therein, however, the Court briefly addresses Plaintiff's objections.

---

[1] Plaintiff settled with the other Defendant in this case, Defendant Tropical RV.

First, Plaintiff objects to Judge Reinhart's denial of his fifth motion for extension of time to respond to Defendant's Motion.  The Court addressed this matter in a detailed ruling denying Plaintiff's sixth motion for extension of time at docket entry 151.  When Plaintiff was granted a fourth extension of time, Plaintiff was warned that no further extensions of time would be granted.  Plaintiff did not heed that warning; Plaintiff also did not file a response by the date he said his response would be ready (April 7th), instead waiting until April 23rd to his response.  The Court agrees with Judge Reinhart's exercise of discretion in denying Plaintiff's fifth motion for extension of time.

Second, Plaintiff objects to Judge Reinhart not considering various filings that were untimely.  As set forth in the Report (and at the time of the Report), Plaintiff never filed a response to Defendant's Motion.  Judge Reinhart was correct not to consider Plaintiff's various filings in the docket, not only because there was no response to Defendant's Motion, but also because the filings were untimely and did not conform to Court rules for responses to summary judgment motions and responses to statements of material fact.[2]  The Court agrees with Judge Reinhart's decision in this matter.

Third and finally, Plaintiff objects to a legal conclusion by Judge Reinhart pertaining to the economic loss rule, but Judge Reinhart had multiple grounds for his conclusions in his Report.  Judge Reinhart concluded that Defendant's Motion should be granted not only because Plaintiff's claim (Count VII, fraud in the inducement) is barred by the economic loss rule, but also because of Plaintiff's lack of evidence to refute the Motion and, more specifically, Count VII.[3]  In light of the Court's denial of Plaintiff's sixth request for additional time to file a

---

[2] Plaintiff concedes that her filings did not conform to court rules.  DE 159 at 12.
[3] Judge Reinhart also concluded that Count VII fails because any misrepresentations by Defendant were mere puffery.

response to Defendant's Motion, Judge Reinhart's alternative conclusions essentially remain unchallenged. Plaintiff's remaining objections do not warrant comment.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 119] is hereby **ADOPTED** in its entirety;

2. Defendant Forest River's Motion for Summary Judgment [DE 79] is **GRANTED**;

3. Defendant Forest River shall submit a proposed final judgment after conferral on the wording of the same with Plaintiff within three business days of the date of rendition of this Order. The proposed final judgment must be in Microsoft Word format and e-mailed to rosenberg@flsd.uscourts.gov;

4. Defendant Tropical RV and Plaintiff shall submit all necessary stipulations in connection with their settlement agreement within thirty days of the date of this Order;

5. All pending motions are **DENIED AS MOOT**; and

6. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of May, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE